NAVEED AZAM
A# 079 080 941

A# 079-080-941
Baker County Detention Center
P.O. Box 1629
MacClenny, FL 32063.

Case No.: 3:12-cv-00863-TJC-TEM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**
**BRYAN SIMPSON U.S. COURT HOUSE**
**300 NORTH HOGAN STREET**
**JACKSONVILLE, FLORIDA 32202.**

---

NAVEED AZAM

Petitioner (*Pro Se*)

Case No.: 3:12-cv-863-J-32TEM

Vs.

Alien No. A 079 080 941

Date: August 30th, 2012

Mr. Eric Holder, Jr.,
ATTORNEY GENERAL;
Ms. Janet Napolitano
SECRETARY OF THE U.S. DEPARTMENT
OF HOMELAND SECURITY;
Mr. Marc J. Moore,
U.S. ICE FIELD DIRECTOR; and
Mr. Joey B. Dobson,
SHERIFF OF BAKER COUNTY DETENTION CENTER

Respondents.

FILED
2012 AUG 31 PM 1:47
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

---

**NOTICE OF INQUIRY**

NAVEED AZAM
A# 079 080 941

Case No.: 3:12-cv-00863-TJC-TEM

**NOTICE OF INQUIRY**

COMES NOW, Petitioner Naveed Azam (*Pro Se)*, in the above cause and style, respectfully moves this Honorable Court with this Notice of Inquiry on his **Motion For Appointment of Counsel Pursuant to Section 18 U.S.C § 3006A,** and his **Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241 to get Released From Immigration and Customs Enforcement (ICE) Detention.**

United States Supreme Court had clearly established it that "***Pro Se pleading should be treated with less strict standards than Motions drafted by a lawyer***". ***Cruz v. Berto,*** **405 U.S. 319, 322 (1972)**, see also, ***Conley v. Gibson.*** **355 U.S. 41, 45-46 (1957)**, ***Haines v. Kerner,*** **404 U.S. 519, 520 (1972)**, and ***Estelle v. Gamble,*** **429 U.S. 97, 106,975. Ct.285, 50 ED, 2nh 251 (1976)**.

The Petitioner has not heard from this Honorable Court regarding his Petition for Writ of Habeas Corpus and his Motion for Appointment of Counsel or, that any action had been taken in his cases. The Petitioner had sent these two Motions to the Clerk of Court office on July 17th of 2012 and now it is August 30th of 2012.

Petitioner also respectfully requests that this Honorable Court exercise its authority and grants him his Motion for Appointment of Counsel. ***Under Rule 8(c), 28 U.S.C. foll. § 2254, the court is required to appoint counsel in a Habeas proceeding if an evidentiary hearing is needed. An evidentiary hearing will likely be necessary in this case. Regardless of any other issues, if an evidentiary hearing is schedules, the court must appoint counsel for Petitioner.***

Petitioner is a lay person without special education in the law. Immigration Law, and the issues involved here are very complex and that the Petitioner is unable to

adequately represent himself. His fundamental right to freedom is at stake here, and it would be very difficult for him to present his case, and to respond to any defenses raised by ICE, without the assistance of counsel.

Petitioner has very limited knowledge of the United States legal system and cannot understand the issues and laws involved in this case, and also because he is in detention and he has extremely very limited access to legal materials and the law library to do his research on his case at his detention center.

The fundamental principal of the 14th Amendment guarantees that the State should "not deny to any person within its jurisdiction, the equal protection of the law." This rule is universal and applies to everyone within the territorial jurisdiction of the United States, "without regards to any difference of race, color, religion or, nationality," see ***Wong Wing v. United States*, 163 U.S. 228 (1896)**, and also ***Pyler v. DOE*, 457 U.S. 202 (1982).**

Sincerely Submitted,

Dated: August 30th, 2012.

NAVEED AZAM
A# 079 080 941
Baker County Detention Center
P.O. Box 1629
MacClenny, FL 32063.
BCSO10MA1004947

Baker County

TODD KNABB
Commission # EE 211170
Expires June 26, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

NAVEED AZAM
A# 079 080 941

Case No.: 3:12-cv-00863-TJC-TEM

**DECLARATION OF OATH**

I, Naveed Azam, do hereby declare under penalty of perjury that, to the best of my knowledge and belief, the matters set forth in the foregoing *Pro Se* Notice of Inquiry are true and correct.

Dated: August 30th, 2012.

NAVEED AZAM

**CRETIFICATE OF SERVICE**

That undersigned hereby certifies that the service of the foregoing *Pro Se* Notice of Inquiry was affected by placing a true and correct copy of the same in the United States mail, and addressed to the following:

U.S. Attorneys Office, Civil Division
Jacksonville Division
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202.

AND,

Clerk of Court
United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville. FL 32202.

Dated: August 30th, 2012.

Sincerely Submitted,

NAVEED AZAM
A# 079 080 941
Baker County Detention Center
P.O. Box 1629
MacClenny, FL 32063.