UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NAVEED AZAM,

        Petitioner,

v.                                Case No. 3:12-cv-863-J-32TEM

ERIC HOLDER, JR., Attorney General;
JANET NAPOLITANO, Secretary of the
U.S. Department of Homeland Security;
MARC J. MOORE, U.S. ICE Field Director; and
JOEY B. DOBSON, Sheriff of Baker County
Detention Center,

        Respondents.
_____/

**RESPONSE TO PETITIONER'S MOTION FOR EXTENSION OF TIME**

Respondents ERIC HOLDER, JR., Attorney General of the United States; JANET NAPOLITANO, Secretary of the U.S. Department of Homeland Security; and MARC J. MOORE, U.S. ICE Field Director; by and through the United States Attorney, Middle District of Florida, file this response to Plaintiff's "Motion for Extension of Time to File Petitioner's Reply to Respondents' Motion to Dismiss Consolidated with Change of Address" (Doc. 13).

The Petitioner did not seek Respondents' consent to the instant motion, thus it appropriately could be denied pursuant to Local Rule 3.01(g). Nonetheless, Respondents do not oppose allowing the Petitioner additional time to respond to Respondents' Motion to Dismiss.  The Motion to Dismiss was filed on November 5, 2012; as such, a response was due on November 23, 2012.  M.D. Fla. Local Rule

3.01(b); Fed. R. Civ. P. 6 (a), (d).  The Petitioner previously requested a two month extension (Doc. 11), which, if granted, seemingly would give him until January 23, 2013 to file a response.  It is unclear whether the Petitioner is seeking an additional two months, or whether he is reiterating the request in his prior motion.  Under either interpretation, Respondents consent to the requested extension of time.

Dated this 3rd day of January, 2013.

                Respectfully submitted,

                ROBERT E. O'NEILL
                United States Attorney

                */s/ Collette B. Cunningham*
                COLLETTE B. CUNNINGHAM
                Assistant United States Attorney
                Trial Counsel
                Florida Bar No. 0012737
                300 North Hogan Street, Suite 700
                Jacksonville, FL 32202-4270
                Telephone No. (904) 301-6326/6300
                Facsimile No. (904) 301-6310
                Collette.Cunningham@usdoj.gov
                Attorneys for Respondents

cc:    Yon Alberdi, Esq.
       Assistant Chief Counsel
       Office of the Chief Counsel
       DHS - Immigration & Customs Enforcement
       3535 Lawton Road, Suite 100
       Orlando, FL  32803

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

I further certify that on the same day I mailed a copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

>Naveed Azam
>Wakulla County Detention Center
>15 Oak Street
>Crawfordville, FL 32327

>*/s/ Collette B. Cunningham*
>COLLETTE B. CUNNINGHAM
>Assistant United States Attorney